**U.S. BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In Re: : | |
| : | **Chapter 13** |
| WINSTON RENE RODRIGUEZ : | **Case No. 17-10147-KHK** |
| & : | |
| KATHYRN ELAINE RODRIGUEZ, : | |
| : | |
| **Debtors** : | |

## WITHDRAWAL OF CLAIM

1. Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on January 16, 2017.

2. On March 02, 2017, the Linden Row Condominium Unit Owners Association filed a Proof of Claim in this matter for past due Association assessments and late fees.

3. The Linden Row Condominium Unit Owners Association has received payment in full satisfaction of the amount owed to the Association by the Debtors. This payment was made outside the bankruptcy process.

4. Therefore, the Linden Row Condominium Unit Owners Association. hereby withdraws its Proof of Claim.

| | |
|---|---|
| 05/10/2017 | /s/Sara J. Ross |
| Date | Sara J. Ross, VSB #45818 |
| | Attorney for Association |
| | CHADWICK, WASHINGTON, MORIARTY, |
| | ELMORE & BUNN, P.C. |
| | 3201 Jermantown Road. Suite 600 |
| | Fairfax, Virginia  22030 |
| | (703) 352-1900 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of May, 2017, mailed a true copy of the foregoing Withdrawal of Claim to the following parties.

| | |
|---|---|
| Lawrence J. Anderson<br>119 N. Henry Street<br>Alexandria, VA 22314 | Thomas P. Gorman, Trustee<br>300 North Washington Street, Suite 400<br>Alexandria, VA 22314 |
| United States Trustee, Region 4<br>115 South Union Street, Suite 210<br>Alexandria, VA 22314 | |

      /s/Sara J. Ross
    Sara J. Ross