UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In the Matter of:

    WINSTON RENE RODRIGUEZ
    AND
    KATHRYN ELAINE RODRIGUEZ
            Debtors

Chapter 13

Case No.  17-10147-KHK

## ORDER CONFIRMING MODIFIED PLAN

    The Modified Chapter 13 Plan filed by Winston Rene Rodriguez and Kathryn Elaine Rodriguez on January 15, 2018, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

**Order Confirming Modified Plan**
Winston Rene Rodriguez and Kathryn Elaine Rodriguez
**Case #17-10147-KHK**

   (3) On February 15, 2017, and each month thereafter until further order of this Court, the Debtors shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $600.00 per month for 12 months and then $818.00 per month for 22 months and then $1,310.00 per month for 4 months and then $1,350.00 per month for the remaining 22 months of the Plan. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

   (4) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

   (5) Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: Mar 1 2018

/s/ Klinette Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket:Mar 5 2018

Confirmation Recommended.

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Modified Plan**
Winston Rene Rodriguez and Kathryn Elaine Rodriguez
**Case #17-10147-KHK**

**PARTIES TO RECEIVE COPIES**

Winston Rene Rodriguez
Kathryn Elaine Rodriguez
Chapter 13 Debtors
19414 Newton Pass Square
Leesburg, VA 20176

Lawrence J. Anderson
Attorney for Debtor
Nealon & Associates
119 N. Henry Street
Alexandria, VA 22314

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314